IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE MCQUIRE,**

    **Plaintiff,**

v.                        **CASE NO. 4:12-cv-399-RS-CAS**

**FLORIDA LOTTERY COMMISSION,**
**Et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted because it is frivolous and because it is barred by the doctrine of res judicata.

3. The clerk is directed to close the file.

**ORDERED** on October 1, 2012.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**